IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                         Criminal No. 23-CR- 176

ERICA PINKNEY

### ARRAIGNMENT PLEA

Defendant Erica Pinkney being arraigned, pleads _Guilty_ in open Court this _31st_ day of _August_, 20 _23_

_Erica Pinkney_
(Defendant's Signature)

_[signature]_
(Attorney for Defendant)