IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 23-176 |
| ) | |
| ERICA PINKNEY ) | |

POSITION OF GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America, by and through its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Jeffrey R. Bengel, Assistant U.S. Attorney for said district, and files the following Position of the Government with Respect to Sentencing Factors:

Counsel for the government has reviewed the final presentence report and makes the following comments.

Paragraphs 14 and 20 refer to a loss stipulation of $15,000 to $45,000. The high-end of the stipulated range is $40,000, not $45,000.

Counsel for the government anticipates providing information about restitution prior to sentencing in this matter.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

s/ Jeffrey R. Bengel
JEFFREY R. BENGEL
Assistant U.S. Attorney
DC ID No. 1018621

1