# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 23-176 |
| ERICA PINKNEY, | ) |
| | ) |
| Defendant. | ) |

## HEARING ON SENTENCING

### Before Judge W. Scott Hardy

Jeffrey r. Bengel, AUSA            Jack Raydan Henecks, Esq.
Appear for USA                     Appear for Defendant

Probation – Gregory Wilson

Hearing begun     1/22/24 at 2:00 p.m.      Hearing adjourned to _____
Hearing concluded 1/22/24 at 3:25 p.m.      Stenographer: A. Williamson
                                            Clerk: K. Sheets/ K. Woffington

Court details background of case; Court asks Defendant questions re: Presentence Report, Addendum & Tentative Findings, Defendant answers and indicates understanding; Court remarks on Guidelines and notes that parties have no further objections to Presentence Report; Court adopts the Presentence Report & Addendum, except as otherwise set forth in the Court's Tentative Findings and Rulings; Court adopts its Tentative Findings & Rulings as its Initial Findings and Rulings; Court comments on each party's Sentencing Memorandum; Court hears counsels' respective positions regarding aspects of Sentence; Government presents Excel spreadsheet related to restitution, and the parties make arguments concerning their respective positions on the appropriate amount of restitution due and owing; Court indicates that the information presented does not permit it to ascertain the amount of restitution due; Accordingly, a restitution hearing will be scheduled on 4/10/24 at 9:30 a.m., but the parties are advised that they should file a Joint Stipulation on the record if they reach a stipulation concerning the payment of restitution prior to that time; Defendant makes statement to the Court; Court imposes sentence as follows: Defendant is sentenced to Probation for a total term of 2 years at Count One of the Information at CR 23-176, with standard and additional conditions as specified in Judgment; Restitution is ordered in an amount to be determined at the restitution hearing scheduled on 4/10/24; Fine waived; Special Assessment in the amount of $100 due immediately; Court states its reasons for imposition of Sentence; Court advises Defendant of appellate rights.